# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2312

_____

EDDIE WILSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


October 10, 2019


PER CURIAM.

Dismissed. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Eddie Wilson, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.